AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Peter Cho | ) | Case No. |
| | ) | 25-mj-7530-JCB |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 29, 2025 in the county of Suffolk in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:

Please see attached affidavit of FBI Special Agent Matthew Keating attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Matthew A. Keating by JCB*
Complainant's signature

Special Agent Matthew Keating, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 1:09 PM, Oct 29, 2025

Judge's signature

City and state: Boston, MA

Hon. Jennifer C. Boal, U.S. Magistrate Judge
Printed name and title